persona, for appellants; *Ivan E. Birsic,* with him *Lisle A. Zehner,* and *Cauley, Birsic and Conflenti,* for appellee.

Order affirmed.

SPAETH, J., absent.

## McGovern et al., Appellants, *v.* Churchel, et al.

Argued April 14, 1975. *Ray N. Lochner,* with him *Samuel Avins,* for appellants; *C. Leon Sherman,* with him *Miller & Sherman,* for appellees.

Judgment affirmed.

## Minute Corporation, Inc. *v.* L. T. Boccia Construction Co., Inc., Appellant.

order by STRANAHAN, P. J. Argued April 16, 1975. *C. Hersh,* with him *William D. Irwin,* and *Irwin & Hersh,* for appellant; *Joseph P. Valentino,* with him *Routman, Moore, Goldstone & Valentino,* for appellee.

Order affirmed.

## Mueller *v.* Patterson-Erie Corporation, et al., Appellants.

Argued April 14, 1975. *William T. Jorden,* with him *McClure, Dart, Miller & Kelleher,* for appellants; *Will J. Schaaf,* with him *Ritchie T. Marsh,* and *Marsh, Spaeder, Bauer, Spaeder & Schaaf,* for appellee.

Judgment affirmed.